*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00781-CR

Ruben **SEGURA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 00-04-10419-CR
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  October 6, 2010

DISMISSED

Following an abandonment hearing at which appellant stated on the record he did not wish to pursue his appeal, appellant filed a motion to dismiss the appeal. The motion is granted and the appeal is dismissed.

PER CURIAM

Do not publish